# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

MEMO ENDORSED

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2022

VIA EMAIL AND ECF

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:   United States v. Manuel Molina Orellana, 7:22-cr-563-KMK-1**

Dear Honorable Judge Karas:

This matter is currently schedule for sentencing on February 21, 2022, at 11:30 a.m. I am writing to see if an earlier sentencing date in January 2023 is available.

Mr. Molina Orellana was arrested by federal authorities on September 8, 2022 and pleaded guilty to being unlawfully in the country after having been previously removed, a violation of 18 U.S.C. §§ 1326(a), (b)(2), on October 21, 2022 before the Honorable Judith McCarthy. The draft PSR was released to the parties earlier this month. The parties have provided their comments, and everyone appears to agree that Mr. Molina Orellana's sentencing guideline range is 0 to 6 months.

Although there is no guarantee that he would receive a sentence within that range, given how relatively low the range is and that Mr. Molina Orellana may end up serving a longer sentence with the current sentencing date, he respectfully requests an earlier sentencing date if the Court can accommodate it. Specifically, he is requesting a sentencing date in January if that is amenable to the Court. The government, through Assistant United States Attorney Ryan Allison, does not oppose this request.

Thank you for your time and consideration. I wish everyone a very happy holiday.

Respectfully submitted,

*[signature]*

Elizabeth K. Quinn
Attorney for Mr. Molina Orellana

cc: Ryan Allison, A.U.S.A. (via email)
    Christopher F. Paragano, USPO (via email)

*Granted. The sentence will go forward on January 11, 2023 at 2:00pm*

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
12/30/22