UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                     Plaintiff,

-against-

MOLINA MANUEL ORELLANA,

                     Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 563 (KMK)

TO: <u>Kenneth M. Karas, United States District Judge:</u>

     Please find attached a transcript of the October 21, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 11, 2023
       White Plains, New York

Respectfully Submitted,

_____
JUDITH C. McCARTHY
United States Magistrate Judge